# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | | |
|---|---|---|
| United States of America | ) | Case No. 25-6491MJ |
| v. | ) | |
| Qin Liu | ) | **AFFIDAVIT FOR DETENTION OF MATERIAL WITNESSES** |

I, Homeland Security Special Agent Justin Cowan, on oath, depose and state:

(1) I am an Agent of Homeland Security Investigations, Phoenix, Arizona, and make this affidavit as such officer.

(2) A criminal complaint in this matter has been filed charging that the defendant knowingly concealed, harbored and shielded from detection such aliens Noe Nunez-Perez, Francisco Salas-Maldonado and Cesar Luis Tlaxcala-Ixmatalhua (hereinafter "witnesses") in the United States, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii) and (a)(1)(B)(ii).

(3) The witnesses have testimony to give in said matter of a material nature in that they illegally entered the United States, the defendant harbored the witnesses in a place, including any building or any means of transportation, knowing or in reckless disregard that they were illegal aliens.

(4) The above witnesses are citizens and residents of Mexico or Guatemala who entered the United States illegally and who would return to Mexico or Guatemala to reside if released in this proceeding.

(5) Noe Nunez-Perez and Francisco Salas-Maldonado have also been detained as material witnesses for further proceedings in another case, 25-03487MJ, pursuant to 18 U.S.C. § 3144

(6) Because of the above, their presence in further proceedings in the within matter could not be required by subpoena of the court system of the United States and securing such presence by subpoena would become impracticable.

(7) I therefore request that the above-named witnesses be detained as material witnesses for further proceedings in this case pursuant to 18 U.S.C. § 3144.

JUSTIN A COWAN
Digitally signed by JUSTIN A COWAN
Date: 2025.12.15 14:57:50 -07'00'

Justin Cowan
Homeland Security Special Agent

Sworn to telephonically, this 15th day of December, 2025.

Honorable Alison S. Bachus
United States Magistrate Judge